RUTH M. FITZPATRICK, an Infant, etc., Plaintiff, *v.* MINNIE HON-
NELL and Another, Defendants.*

Supreme Court, Rockland County, September 28, 1931.

*Morton Lexow* [*Alton W. Teale* of counsel], for the plaintiff.

*Natalie F. Couch*, for the defendant Cervieri.

*William E. Lowther*, for the defendant Honnell.

TAYLOR, J.  I am of opinion, and decide, that this motion for
the taking of the deposition of the defendant Cervieri as a party
before trial should have been made upon notice not only to the said
defendant to whom notice was given, but also to the defendant
Honnell, who has appeared and answered, but to whom notice of
this application has not been given.  Examine the mandatory
provision of section 292 of the Civil Practice Act, and read also
*Solomitz* v. *Steinberg* (225 App. Div. 851).  The reason for the
said provision of section 292, undoubtedly, is that no deposition
could properly be read upon the trial of the action unless both
defendants had the opportunity to cross-examine upon the taking
of the deposition.

The instant motion of the plaintiff for the examination of the
defendant Cervieri before trial is denied, with ten dollars costs of
the motion to the defendant Cervieri to abide the event of the
action; but without prejudice to plaintiff's renewal of the motion
upon proper notice to both defendants.

* See, also, 142 Misc. 102.